UNITED STATES of America,
Plaintiff—Appellee,

v.

**Luis Sergio NAVARRO, Defendant—Appellant.**

No. 02–50213.
D.C. No. CR–01–03335–JTM.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 10, 2003.*

Decided March 12, 2003.

Before LEAVY, FERNANDEZ and BERZON, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Luis Navarro appeals his conviction, following a guilty plea, for importation of marijuana in violation of 21 U.S.C. §§ 952 and 960.

Navarro's contention that 21 U.S.C. § 960 is facially unconstitutional following *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), and that *United States v. Harris,* 536 U.S. 545, 122 S.Ct. 2406, 153 L.Ed.2d 524 (2002), overrules *United States v. Buckland,* 289 F.3d 558, 562 (9th Cir.) (en banc), *cert. denied,* 535 U.S. 1105, 122 S.Ct. 2314, 152 L.Ed.2d 1067 (2002), and *United States v. Mendoza–Paz,* 286 F.3d 1104 (9th Cir.), *cert. denied,* —— U.S. ——, 123 S.Ct. 573, 154 L.Ed.2d 459 (2002), is foreclosed by *United States v. Hernandez,* 322 F.3d 592 (9th Cir.2003). Navarro's conviction is

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.